EARLY v. BOWEN

No. 478P94

Case below: 116 N.C.App. 206

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

EDWARD VALVES, INC. v. WAKE COUNTY

No. 34P95

Case below: 9410SC290 3 January 1995

Petition by defendants for temporary stay allowed 9 February 1995.

EURY v. NATIONWIDE MUTUAL INS. CO.

No. 535PA94

Case below: 116 N.C.App. 490

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995.

FAIN v. STATE RESIDENCE COMMITTEE OF UNC

No. 71P95

Case below: 9310SC911 3 January 1995

Petition by defendant for temporary stay allowed 10 February 1995.

FRANKLIN v. WINN DIXIE RALEIGH, INC.

No. 610A94

Case below: 117 N.C.App. 28

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 9 February 1995. Motion by defendant to dismiss appeal denied 9 February 1995.